1412-14

# ELECTRONIC RECORD

COA # 05-14-01010-CR          OFFENSE: OTHER CRIMINAL

STYLE: John Albert Estrada v. The State of Texas          COUNTY: Dallas

COA DISPOSITION: DISMISSED          TRIAL COURT: Criminal District Court No. 3

DATE: 08/06/2014          Publish: NO     TC CASE #: F9326578-PJ

## IN THE COURT OF CRIMINAL APPEALS

STYLE: John Albert Estrada v. The State of Texas          CCA #: 1412-14

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 02/11/2015          SIGNED: _____     PC: _____

JUDGE: Per Curiam          PUBLISH: _____     DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**